New York City, for appellant. G. F. Hickey, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

ROSENGART v. GUTKES. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Israel Rosengart against August H. Gutkes. No opinion. Motion granted, with $10 costs. Order filed.

---

ROSENMAIER, Appellant, v. ARNOLD et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Katherine C. Rosenmaier, by Raymond E. Aldrich, her guardian ad litem, against Charles W. H. Arnold and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

ROSE THEATRE CO., Respondent, v. CORN, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the Rose Theatre Company against Roselle Corn. C. J. Heermance, of New York City, for appellant. H. M. Flateau, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ROWE, Appellant, v. COLEMAN, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Perry B. Rowe against Clyde J. Coleman. No opinion. Orders modified, so as to provide that plaintiff shall have the right of cross-examination under the open commissions, without any condition as to paying the expenses occasioned by such cross-examination, and, as so modified, the orders are affirmed, without costs to either party.

---

RUEFNER v. ELLISON. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Paul Ruefner against Walter B. Ellison. With this case have been consolidated in this court cases bearing titles as follows: Lena Meyerhoff v. Nathan Taubenfeld; John McCullough v. City of New York; Harry B. Snyder v. Metropolitan Life Ins. Co.; Louis Mayer v. Benjamin Schwinger; Henry J. Gilbert v. Max Hart; John Corcoran v. Thomas Miller; Sethlow Realty Co. v. David Meyer; Equitable Trust Co. v. John F. King; John M. Gardner v. Phillip Lesser; Simon Schwartz v. August Kuhn; Jennie Manheimer v. Independent Order Ahawas Israel. No opinions. Applications for leave to appeal from Appellate Term denied, with $10 costs in each case. Orders signed.

---

ST. CLAIR v. HOWE. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Fay St. Clair against Sam Howe. No opinion. Application denied, with $10 costs. Order signed.

---

SALOMON v. SALOMON. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Amelia Salomon against Joseph Salomon. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 App. Div. 901, 138 N. Y. Supp. 1140.

---

SAMMIS, Respondent, v. BROWN, Appellant, et al. (Supreme Court, Appellant Division, First Department. February 20, 1914.) Action by John S. Sammis against Leon P. Brown, individually, etc., impleaded. M. Cohen, of New York City, for appellant. T. F. Kane, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SANDERSE v. YORKSHIRE REALTY & CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Cornelius Sanderse against the Yorkshire Realty & Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1144.

---

SANITARY CARPET CLEANER, Respondent, v. REED MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the Sanitary Carpet Cleaner against the Reed Manufacturing Company. No opinion. Motion granted, amending order of reversal of December 23, 1913 (159 App. Div. 587, 145 N. Y. Supp. 218), so as to direct final judgment in favor of defendant, instead of granting a new trial.

---

SCANLON, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Annie Scanlon against the New York Telephone Company.

PER CURIAM. Judgment and order of the City Court of Yonkers reversed, and new trial ordered, costs to abide the event, unless within ten days after entry of the order herein plaintiff stipulates to reduce the recovery of damages to the sum of $200, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs.

---

In re SCHIMOCK. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of Henryette Schimock, deceased. No opinion. Decree affirmed, with costs. Order filed.

---

SCHUTZINGER v. A. D. GRANGER CO. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Edwin N. Schutzinger against the A. D. Granger Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant